```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                              Case No.  8:13-cr-579-T-33EAJ

KERMON LEMAR WILLIAMS
_____/

### **ORDER**

This matter comes before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Elizabeth A. Jenkins (Doc. # 30), entered on April 3, 2014, recommending that Defendant's Motion to Suppress Illegally Seized Evidence and Request for Evidentiary Hearing (Doc. # 14) be denied.  On April 24, 2014, Williams filed an objection to the Magistrate Judge's Report and Recommendation (Doc. # 43), and the Government filed a response to that objection on May 1, 2014 (Doc. # 44).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de

novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation and Williams' objections thereto, the Court overrules the objections and adopts the Report and Recommendation.  The Court agrees with Judge Jenkins' detailed and well-reasoned findings of fact and conclusions of law, including the conclusions that the officers in this case "had probable cause to believe the green bag carried by Defendant contained evidence of a crime, were faced with exigent circumstances, and found the bag and firearm in plain view." (Doc. # 30 at 9-10).

The Report and Recommendation thoughtfully addresses the issues presented, and the objections do not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of United States Magistrate Judge Elizabeth A. Jenkins (Doc. # 30), recommending that Defendant's Motion to Suppress Illegally Seized Evidence and Request for Evidentiary Hearing (Doc. # 14) be denied, is **ADOPTED**.

(2) Defendant's Motion to Suppress Illegally Seized Evidence and Request for Evidentiary Hearing (Doc. # 14) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of May, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record